UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

MARIO ROBERT CRITTENDEN (1),
ISMAEL ORTIZ, JR. (3),
IRBIN MARTINEZ-SANTACRUZ (4),
JESSE TROY CHARLTON (5), and
CODY FLORES (6),

                Defendants.

2:21-CR-0043-TOR-1, 3, 4, 5, 6

ORDER GRANTING UNITED STATES' MOTION FOR A PROTECTIVE ORDER

    BEFORE THE COURT is the United States' Motion for Protective Order. ECF No. 107. The motion was submitted for hearing without oral argument. Having reviewed the file and the records therein, the Court is fully informed. For good cause shown, the motion is granted and the following Protective Order is entered:

    1.    The United States will provide discovery materials on an on-going basis to defense counsel;

    2.    Discovery materials that contain the voice or image of a confidential source will be made available for defense counsels' review at the United States Attorney's Office. Until further Order of the Court, those materials may not be shown to the Defendants or left in a Defendants' custody;

PROTECTIVE ORDER ~ 1

3. Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

4. Defense counsel may show to, and discuss with the Defendants, all discovery materials that do not contain the voice or image of a confidential source, including sealed documents;

5. Defense counsel shall not provide original or copies of discovery materials to the Defendants;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

7. The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 2:21-CR-00043-TOR; provided however, any written reference to the content of the protected discovery shall be filed under seal.

DATED May 20, 2021.



THOMAS O. RICE
United States District Judge

PROTECTIVE ORDER ~ 2